In the Matter of the Claim of BETTY ARNOLD, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Per Curiam.

1060

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum *Per Curiam*.